| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| *OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>Isabel C. Balboa, Esquire<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill 08002-2977 | **Order Filed on May 25, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>    DOUGLAS E. MC DONOUGH<br><br>                                  Debtor(s) | Case No.:    23-11936<br><br>Chapter:    13<br><br>Judge:    Andrew B. Altenburg, Jr. |

## INTERIM CONFIRMATION ORDER

The relief set for on the following page is hereby **ORDERED**.

**DATED: May 25, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court finds that interim confirmation of the Chapter 13 Plan is in the best interest of debtor and the parties-in-interest.   Therefore,

IT IS HEREBY ORDEERED as follows:

1. The Chapter 13 Plan dated 05/24/2023 is approved on an interim basis only.  The plan is subject to final confirmation and further order of the Court.  All of the rights of all parties are reserved until the final confirmation hearing.

2. The Standing Chapter 13 Trustee is authorized to make distribution, with a percentage fee, on account of the following claims:

    a) allowed attorneys' fees;
    b) secured creditors;
    c) priority creditors, and
    d) adequate protection payments provided for in the debtor's Chapter 13 plan.

3. The arrearage claim of the creditor <u>Midland Mortgage</u> shall not be paid by the Standing Chapter 13 Trustee, as provided in the plan or as designated in the proof of claim, pending the termination of the Loss Mitigation Period.

4. The debtor(s) shall make periodic payments until further order of the Court as follows:  <u>$600.00</u> per month, beginning <u>04/01/2023</u>.

5. A hearing on final confirmation is scheduled for 8/9/2023 at 9:00 am, at the United States Bankruptcy Court, District of New Jersey, 401 Market Street, Camden, NJ 08101.

6. If the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

United States Bankruptcy Court

District of New Jersey

In re:  
Douglas E McDonough  
    Debtor

Case No. 23-11936-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1  
Date Rcvd: May 25, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas E McDonough, 15 E. Cloverdale Ave., Clementon, NJ 08021-7323 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Douglas E McDonough ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4