| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR9004-1(b)**<br>**LAW OFFICES OF MITCHELL CHAMBERS**<br>**602 LITTLE GLOUCESTER ROAD**<br>**SUITE 5**<br>**BLACKWOOD, NJ 08012**<br><br>In Re:<br>**Douglas E McDonough** | Case No.: **23-11936**<br><br>Chapter: **13**<br><br>Judge: **ABA** |

## CERTIFICATION OF DEBTOR'S COUNSEL
## SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE

> Under D.N.J. LBR 2016-5 this supplemental fee application may contain requests for compensation of $2,000 or less. Requests for compensation over $2,000 must be filed under D.N.J. LBR 2016-1.

   **Mitchell Lee Chambers, Esq. 9223**   , Esquire, certifies as follows:

1.   I represented the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

## STANDARD FEES

| | | |
|---|---|---:|
| ☐ | Prosecution of motion on behalf of debtor. | $500.00 |
| | Nature of motion: _____ | |
| | Hearing date(s): _____ | |
| ☐ | Defense of motion on behalf of debtor (Including filing Objection to Creditor's or Trustee's Certification of Default). | $400.00 |
| | Nature of motion: _____ | |
| | Hearing date(s): _____ | |
| ☐ | Additional court appearance(s). (Not to exceed three). | $100.00 |
| | Purpose: _____ | |
| | Hearing date(s): _____ | |
| ☐ | Filing and appearance on a modified Chapter 13 plan. | $300.00 |
| ☐ | Preparation of Wage Order. | $100.00 |
| ☐ | Preparation and filing of Amendments to Schedules D, E, F, G, H or List of Creditors. | $100.00 |
| ☐ | Preparation and filing of other amended schedules | $100.00 |
| ☐ | Preparation and filing of Application for Retention of Professional | $200.00 |
| ☐ | Preparation and filing of Notice of Sale or Settlement of Controversy | $100.00 |

## NON-STANDARD FEES

**Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.**

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as

Exhibit A:   **LOSS MITIGATION**

_____

Describe non-standard expenses in detail:   **LOSS MITIGATION**

2. To date, in this case:

   I have applied for fees (including original retainer) in the amount of:   $ **4,500.00**

   To date, I have received:   $ **350.00**

3. I seek compensation for services rendered in the amount of $1,560.00 payable:

   ☑ through the Chapter 13 plan as an administrative priority.

   ☐ outside the plan.

4. ☑ This allowance will not impact on plan payments.

   ☐ This allowance will impact on plan payments.

   Present plan:   $____ per month for ____ months.

   Proposed plan:   $____ per month for ____ months.

5. Pursuant to D.N.J. LBR 2016-5(b)(3), I have not filed a supplemental fee application within the preceding 120 days.

I certify under penalty of perjury that the above is true.

Dated: **June 2, 2023**

**/s/ Mitchell Lee Chambers, Esq.**
**Mitchell Lee Chambers, Esq. 9223**
Signature

*rev.8/1/15*