Printed on: 01/02/2024　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-11936 (ABA)

Douglas E. Mc Donough
15 East Cloverdale Avenue
Clementon, NJ  08021

Monthly Payment: $156.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/24/2023 | $600.00 | 05/30/2023 | $600.00 | 06/27/2023 | $403.00 | 07/21/2023 | $403.00 |
| 08/29/2023 | $408.00 | 09/26/2023 | $400.00 | 10/31/2023 | $400.00 | 11/21/2023 | $400.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DOUGLAS E. MC DONOUGH | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $4,150.00 | $2,531.01 | $1,618.99 | $2,531.01 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $1,560.00 | $736.04 | $823.96 | $736.04 |
| 1 | APEX ASSET MANAGEMENT, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BBVA COMPASS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BARCLAYS BANK DELAWARE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BUREAU OF ACCOUNT MANAGMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | COOPER UNIVERSITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CREDENCE RESOURCE MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CREDIT CONTROL, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CHASE AUTO FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DIAGNOSTIC PATHOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | EMERG PHY ASSOC OF S. JERSEY, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | INSPIRA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | KESSLER INSTIUTE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MIDFIRST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PENN CREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PHASE TWO PODIATRY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | QUALITY ASSET RECOVERY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ROWAN MEDICINE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | REMEX INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SAVIT COLLECTION AGENCY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SAVIT COLLECTION AGENCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SYNCHRONY BANK/JCPENNEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SYNCHRONY BANK/LOWES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $865.67 | $0.00 | $865.67 | $0.00 |
| 28 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | VIRTUA HEALTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | VIRTUA HOME CARE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | VIRTUA HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | WEST JERSEY ANESTHESIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | WU REHABILITATION ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | WELLS FARGO BANK NA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | MITCHELL L CHAMBERS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2023 | 7.00 | $0.00 |
| 11/01/2023 | Paid to Date | $3,614.00 |
| 12/01/2023 | 24.00 | $156.00 |
| 12/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,614.00 |
| Total paid to creditors this period: | $3,267.05 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $312.00 |
| Attorney: | MITCHELL LEE CHAMBERS, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**