Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−11936−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Douglas E McDonough
   aka Douglas Edward McDonough
   15 E. Cloverdale Ave.
   Clementon, NJ 08021

Social Security No.:
   xxx−xx−7510

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 30, 2023.

On July 30, 2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                  September 11, 2024
Time:                   09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 31, 2024
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 23-11936-ABA
Douglas E McDonough     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Jul 31, 2024     Form ID: 185     Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas E McDonough, 15 E. Cloverdale Ave., Clementon, NJ 08021-7323 |
| 519857937 | + | Apex Asset Management, 1891 Santa Barbara Drive, #204, Lancaster, PA 17601-4106 |
| 519857943 | + | COOPER UNIVERSITY, P.O. BOX 95000, Philadelphia, PA 19195-0001 |
| 519857945 | + | CREDIT CONTROL, LLC, 245 EAST ROSELAWN, SUITE 25, Saint Paul, MN 55117-1989 |
| 519857946 | + | DIAGNOSTIC PATHOLOGY, 520 E. 22ND STREET, Lombard, IL 60148-6110 |
| 519857947 | + | Emerg Phy Assoc of S. Jersey, PC, P.O. BOX 740021, Cincinnati, OH 45274-0021 |
| 519857948 | + | INSPIRA, PO BOX 981006, Boston, MA 02298-1006 |
| 519857950 | + | KESSLER INSTIUTE, PO BOX 826775, Philadelphia, PA 19182-6775 |
| 519857953 | + | PHASE TWO PODIATRY, 301 MILL ROAD, Hewlett, NY 11557-1232 |
| 519857956 | | ROWAN MEDICINE, PO BOX 625, Bellmawr, NJ 08099 |
| 519857959 | + | SOUTH JERSEY RADIOLOGY, P.O. BOX 170, Voorhees, NJ 08043-0170 |
| 519857960 | + | State of New Jersey, Division of Taxation, Revenue Processing Center, P.O. Box 111, Trenton, NJ 08645-0111 |
| 519857965 | + | VIRTUA HEALTH, P.O. BOX 8500-8267, Philadelphia, PA 19178-0001 |
| 519857966 | + | VIRTUA HOME CARE, PO BOX 8500, Philadelphia, PA 19178-8500 |
| 519857964 | | Virtua Health, P.O. Box 6010, Bellmawr, NJ 08099 |
| 519857968 | + | WEST JERSEY ANESTHESIA, 1000 WHITE HORSE ROAD, SUITE 204, Voorhees, NJ 08043-4408 |
| 519857969 | + | WU REHABILITATION ASSOCIATES, LLC, PO BOX 535, Voorhees, NJ 08043-0535 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 31 2024 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 31 2024 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 31 2024 20:38:15 | Midland Mortgage, P.O. BOX 26648, Oklahoma City, OK 73126-0648 |
| 519857938 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 31 2024 20:30:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519857939 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 31 2024 20:30:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519857941 | + | Email/Text: Bankruptcy@BAMcollections.com | Jul 31 2024 20:30:00 | Bureau of Account Managment, Attn: Bankruptcy, 3607 Rosemont Ave, Ste 502, Pob 8875, Camp Hill, PA 17001-8875 |
| 519857944 | + | Email/Text: bankruptcy@credencerm.com | Jul 31 2024 20:31:00 | CREDENCE RESOURCE MANAGEMENT, LLC, PO BOX 2420, Southgate, MI 48195-4420 |
| 519857947 | | ^ MEBN | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 31 2024 20:28:00 | Emerg Phy Assoc of S. Jersey, PC, P.O. BOX 740021, Cincinnati, OH 45274-0021 |
| 519857949 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 31 2024 20:30:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 519918811 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 31 2024 20:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519857942 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 31 2024 20:38:15 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 519900424 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 31 2024 20:37:48 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519857951 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 31 2024 20:38:17 | Midland Mortgage Company, 999 NW Grand Blvd., Oklahoma City, OK 73118-6051 |
| 519857940 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 31 2024 20:30:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 519857954 | ^ | MEBN | Jul 31 2024 20:29:16 | QUALITY ASSET RECOVERY, PO BOX 239, Gibbsboro, NJ 08026-0239 |
| 519857955 | + | Email/Text: clientservices@remexinc.com | Jul 31 2024 20:30:00 | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519857958 | + | Email/Text: bankruptcy@savit.com | Jul 31 2024 20:31:00 | SAVIT COLLECTION AGENCY, PO BOX 250, East Brunswick, NJ 08816-0250 |
| 519857957 | + | Email/Text: bankruptcy@savit.com | Jul 31 2024 20:31:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519858494 | ^ | MEBN | Jul 31 2024 20:29:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519857962 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2024 20:37:57 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857963 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2024 20:37:46 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857961 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2024 20:37:49 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857967 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 31 2024 20:49:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519857952 | ##+ | PENN CREDIT, 916 S. 14TH STREET, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 31, 2024 | Form ID: 185 | Total Noticed: 39 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2024               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Douglas E McDonough ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4