UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF MITCHELL CHAMBERS
602 LITTLE GLOUCESTER ROAD
SUITE 5
BLACKWOOD, NJ 08012

Order Filed on August 5, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DOUGLAS MCDONOUGH

Case No.: 23-11936

Hearing Date:

Judge: ABA

ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: August 5, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objection having been raises, it is:

ORDERED that Mitchell Lee Chambers, the applicant is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00.  The allowance shall be payable:

\_\_\_X\_\_\_ Through the Chapter 13 Plan as an administrative priority.

_____ outside the plan.