UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Douglas E. McDonough,

Debtor.

Case No.:       23-11936-ABA

Chapter:              13

Hearing Date:     03/03/2026

Judge:           Altenburg

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled             ☐ Withdrawn

Matter:  Secured Creditor's Certification of Default (Docket # 68)

Date: 03/02/2026                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*